UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL 38-D, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3: 11-20-DCR |
| V. | ) ) | |
| BUFFALO TRACE DISTILLERY, INC., | ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Plaintiff United Food and Commercial Workers International Union, Local 38-D.

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 30th day of December, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge